TIMOTHY B. McCAFFREY, JR. (S.B. #192114)
THE LAW OFFICES OF TIMOTHY B. McCAFFREY, JR.
A Professional Corporation
11377 West Olympic Boulevard, Suite 500
Los Angeles, California 90064-1683
Telephone: (310) 882-6407
Facsimile: (310) 882-6359
E-Mail:   tmccaffrey@tbmlaw.net

Attorneys for Defendant
Ritz-Carlton Hotel Company, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BOOKER T. WASHINGTON,<br><br>        Plaintiff,<br><br>    vs.<br><br>RITZ-CARLTON HOTEL COMPANY, LLC,<br><br>        Defendant. | CASE NO. CV 10-08261-GW(RZx)<br><br>**JUDGMENT**<br><br>Date:       December 5, 2013<br>Time:       8:30 a.m.<br>Place:      Courtroom 10 |

WHEREAS, Defendant Ritz-Carlton Hotel Company, LLC's ("Defendant's") Motion For Summary Judgment or in the alternative, Partial Summary Judgment came on regularly for hearing on December 5, 2013 at 8:30 a.m., before the Honorable George H. Wu in Courtroom 10 of the above-captioned Court.

WHEREAS, this Court has considered the pleadings and files in this action, the papers and documents filed on behalf of the parties herein, and the oral argument presented at the hearing of this matter.

WHEREBY, for the reasons set forth in the Court's Order of December 5, 2013 (Docket No. 53), the Court finds that there exists no genuine issue as to any material fact upon which the instant motion is based, and that Defendant is entitled to summary judgment against Plaintiff on all claims purported to be set forth in Plaintiff's

1  Complaint.
2       IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's
3  Motion For Summary Judgment against Plaintiff on all claims set forth in Plaintiff's
4  Complaint is in all respects granted; that judgment is entered in favor of Defendant on
5  all claims contained in the complaint; that Plaintiff takes nothing by his complaint; and
6  the Defendant is entitled to recover its costs and its reasonable attorneys' fees.
7  DATED:  December 16, 2013

*[signature: George H. Wu]*

Honorable George H. Wu
Judge of the United States District Court

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 11377 West Olympic Boulevard, Suite 500, Los Angeles, CA 90064-1683.

On December 11, 2013, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of The Law Offices of Timothy B. McCaffrey, Jr. for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 11, 2013, at Los Angeles, California.

Timothy B. McCaffrey, Jr.

# SERVICE LIST

Booker T. Washington
531 S. San Julian Street, #318
Los Angeles, CA  90013

Plaintiff, *in pro per*